

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed February 17, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-70498-HDH-13 |
| | § | |
| STEPHEN HOLLIE LANKFORD | § | |
| and ELIZABETH GAIL LANKFORD, | § | |
|     Debtor | § | CHAPTER 13 |
| | § | |
| MIDFIRST BANK ITS ASSIGNS | § | |
| AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
|     Movant | § | HEARING DATE:_____ |
| | § | |
| v. | § | TIME:_____ |
| | § | |
| STEPHEN HOLLIE LANKFORD | § | |
| and ELIZABETH GAIL LANKFORD; | § | |
| WALTER O'CHESKEY, Trustee | § | |
|     Respondents | § | JUDGE HARLIN D. HALE |

**AGREED ORDER LIFTING STAY**
**AS TO DEBTOR**

On this day came on before the Court the Motion of MIDFIRST BANK ITS ASSIGNS

AND/OR SUCCESSORS IN INTEREST, Movant, Motion for Approval of Agreement pursuant

to Bankruptcy Rule 4001. The Court is advised Debtor is surrendering the subject property and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

> LOT NO. FORTY-FOUR (44), BLOCK NO. THREE (3), LOCH LOMOND ADDITION SECTION A, AN ADDITION TO THE CITY OF WICHITA FALLS, WICHITA COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 8, PAGE 51, WICHITA COUNTY PLAT RECORDS

It is further

ORDERED that the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure is hereby waived and MIDFIRST BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ SAMUEL DAFFIN, II

| SAMUEL DAFFIN, II | LARRY LEWIS |
|---|---|
| TX NO. 24072057 | 1106 BROOK AVENUE |
| 1900 SAINT JAMES PLACE SUITE 500 | WICHITA FALLS, TX 76301 |
| HOUSTON, TX 77056 | |
| Telephone: (713) 621-8673 | ATTORNEY FOR DEBTORS |
| Facsimile: (713) 621-8583 | |
| E-mail: NDECF@BDFGROUP.COM | |
| ATTORNEY FOR MOVANT | |

to Bankruptcy Rule 4001. The Court is advised Debtor is surrendering the subject property and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

LOT NO. FORTY-FOUR (44), BLOCK NO. THREE (3), LOCH LOMOND ADDITION SECTION A, AN ADDITION TO THE CITY OF WICHITA FALLS, WICHITA COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 8, PAGE 51, WICHITA COUNTY PLAT RECORDS

It is further

ORDERED that the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure is hereby waived and MIDFIRST BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ SAMUEL DAFFIN, II

SAMUEL DAFFIN, II
TX NO. 24072057
1900 SAINT JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (713) 621-8583
E-mail: NDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

MONTE J WHITE
1106 BROOK AVENUE
WICHITA FALLS, TX 76301

ATTORNEY FOR DEBTORS